# EXHIBIT 4

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
VA 1-842-287

**Effective date of
registration:**

September 30, 2012

## Title

**Title of Work:** The Notorious B.I.G. Images

## Completion/Publication

**Year of Completion:** 1997

**Date of 1st Publication:** March 10, 1997          **Nation of 1st Publication:** United States

## Author

■          **Author:** Maury Lee Phillips

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Maury Lee Phillips

PO Box 2201, Santa Clarita, CA, 91386, United States

## Rights and Permissions

**Name:** Maury Lee Phillips

**Email:** maury@mauryphillipsphotos.com          **Telephone:** 310-628-7271

**Address:** PO Box 2201

Santa Clarita, CA 91386  United States

## Certification

**Name:** Maury L. Phillips

**Date:** September 30, 2012