## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAURY LEE PHILLIPS, | |
| Plaintiff, | |
| v. | Civil Action No.: |
| | 1:21-cv-00528-LDH-SJB |
| TRAXNYC CORP., | |
| | **CERTIFICATE OF DEFAULT** |
| Defendant. | |

I, Douglas C. Palmer, Clerk of the Court of the United States District Court for the Eastern District of New York, do herby certify that defendant TRAXNYC CORP. has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant TRAXNYC CORP. is herby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
June 24, 2021

**DOUGLAS C. PALMER**
Clerk of Court

By: *Jalitza Poveda*
Deputy Clerk